IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. BAKER, | No. 2:12-CV-0552-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JORGENSEN, et al. | |
| Defendants. | |
| _____ / | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On June 11, 2012, the undersigned issued findings and recommendations that this action be dismissed for plaintiff's failure to keep the court advised as to his current address and his failure to file an amended complaint.  Plaintiff has file objections to those findings and recommendations, arguing that he has moved several times and has informed the court of his current address.

   The undersigned notes that on the same day the findings and recommendations were signed, the court received a notice of change of address.  This is the only notification the court has received regarding plaintiff's change of address.  The court has not, however, received an amended complaint, nor did plaintiff indicated in his objections that he has sent an amended

1

complaint to the court. As the order dismissing plaintiff's complaint was returned to the court as undeliverable, it is possible that plaintiff never received the order. While plaintiff did receive the findings and recommendations which informed him that his complaint was dismissed, an issue plaintiff failed to address in his objections, he may not have received the order explaining the dismissal. The court will provide plaintiff another opportunity to file his amended complaint. If an amended complaint is received within the time provided herein, the undersigned will vacate the findings and recommendations. If no amended complaint is received, however, the findings and recommendations to dismiss this action will be submitted to the District Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of the order dismissing his complaint (Doc. 7); and

2. Plaintiff shall file an amended complaint within 30 days of the date of this order.

DATED: June 18, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE